UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CARLOS ZABALA SISLEMA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>Respondents. | Case No.: 25-cv-03591-CAB-BJW<br><br>**ORDER REQUIRING A BOND HEARING**<br><br>[Doc. No. 1] |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Angel Carlos Zabala Sislema ("Petitioner"). [Doc. No. 1 ("Petition").] Petitioner claims that he is being detained by Immigration and Customs Enforcement ("ICE") without a bond hearing in violation of 8 U.S.C. § 1226(a) and the Fifth Amendment. [Petition at 6.]

On December 23, 2025, Respondents filed a response stating:

Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). On December 18, 2025, the *Bautista* court entered final judgment as to the Bond Eligible Class. *Bautista*, [Doc.] No. 94 [2025 WL 3678485 (C.D. Cal. Dec. 18, 2025)]. Accordingly, Respondents acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond

hearing be held pursuant to 8 U.S.C. § 1226(a). [Doc. No. 4 at 2.]

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **January 12, 2026**. Respondents are further **ORDERED** to update this Court on the status of Petitioner's bond hearing by **January 15, 2026**. Once Respondents confirm Petitioner has received an individualized bond hearing, the Court will dismiss the case.

It is **SO ORDERED.**

Dated: December 29, 2025

Hon. Cathy Ann Bencivengo
United States District Judge