UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CARLOS ZABALA SISLEMA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>Respondents. | Case No.: 3:25-cv-03591-CAB-BJW<br><br>**ORDER DISMISSING CASE**<br><br>[Doc. No. 1] |

Petitioner Angel Carlos Zabala Sislema filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] After Respondents acknowledged that pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, Petitioner was detained under 8 U.S.C. § 1226(a), this Court ordered a bond hearing pursuant to § 1226(a) and its associated regulations. [Doc. No. 5.] Petitioner subsequently received a bond hearing on December 31, 2025. [Doc. No. 6.]

///
///
///
///
///
///

1  Petitioner has received the relief his Petition requested and so the Court
2  **DISMISSES** the case.  The Clerk of the Court shall close the case.
3  It is **SO ORDERED**.
4  Dated: February 6, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge